**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALICIA S., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant. | : | Case No. 25-5042 |

# ORDER

**AND NOW**, this 30th day of October 026, upon consideration of Plaintiff's Motion for Leave to File the Attached Reply, (Doc. No. 27), it is hereby **ORDERED** that the Motion is **DENIED** as moot.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge